```
LAWRENCE G. BROWN
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:08-cr-00441 OWW |
| Plaintiff, ) | STIPULATION AND ORDER FOR CONTINUANCE |
| v. ) | |
| BRANDON STURGILL, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Lawrence G. Brown, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Ann Voris, attorney for defendant, that the status conference and motion hearing currently set for September 21, 2009 at 9:00 a.m. to be continued to October 5, 2009 at 9:00 a.m., and that the Government's Response to defendant's motion to suppress will be due on September 30, 2009.

Counsel are engaging in plea discussions that could lead to a disposition of the matter, and require additional time for the discussions to finalize. The parties agree that time should be excluded from the speedy trial calculation for this reason and as motions are pending in the interest of justice.

```
Dated: September 17, 2009            Respectfully submitted,

                                     LAWRENCE G. BROWN
                                     United States Attorney


                                By    /s/ Kimberly A. Sanchez
                                     KIMBERLY A. SANCHEZ
                                     Assistant U.S. Attorney

Dated: September 17, 2009             /s/ Ann Voris
                                     ANN VORIS
                                     Attorney for Brandon Sturgill
```

IT IS SO ORDERED.

**Dated:   September 17, 2009**              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE