DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRANDON RUSSELL STURGILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-0441 OWW |
| Plaintiff, | ) | **STIPULATION AND  ORDER** |
| v. | ) | |
| BRANDON RUSSELL STURGILL, | ) | |
| Defendant. | ) | Judge: Hon. Oliver W. Wanger |
| | ) | |

   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that all property seized in Calaveras County Sheriff's Office Case No. 08-04439 be released to

Candy Sturgill, defendant's mother. This includes, but is not limited to, the truck and trailer driven by Mr.

Sturgill and the non-contraband contents of the truck, trailer, and home from the attached property lists

dated December 2, 2008, including item 15, a and b, $3,185.96 cash.

///
///
///
///
///
///

Drugs, contraband, firearms and ammunition should be destroyed.

BENJAMIN B. WAGNER
United States Attorney

DATED:  September 27, 2010                 By:    /s/ Mark E. Cullers
                                                  MARK E. CULLERS
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                                  DANIEL J. BRODERICK
                                                  Federal Defender

DATED:  September 27, 2010                 By:    /s/ Ann H. Voris
                                                  ANN H. VORIS
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  Brandon Russell Sturgill

IT IS SO ORDERED.

**Dated:    September 28, 2010**          _____/s/ Oliver W. Wanger_____
                                         UNITED STATES DISTRICT JUDGE

Sturgill Stipulation and Order
for Return of Property                   -2-